## STATE CORPORATION COMMISSION OF KANSAS
### *v.* UNITED STATES ET AL.

No. 217.   Decided October 14, 1963.

*Byron M. Gray* and *Robert Londerholm* for appellant.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Robert W. Ginnane* and *Stanton P. Sender* for the United States et al.

*Harvey Huston* and *Roth A. Gatewood* for railroad appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## SALAS *v.* TEXAS.

No. 118, Misc.   Decided October 14, 1963.

*Joseph A. Calamia* for appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.